**FILED**

NOV 1 5 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07CR 3091 -L |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| ALEXANDER RODRIGUEZ-LINO, | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | |

The United States Attorney charges:

Count 1

On or about ___JUNE 2004___, within the Southern District of California, defendant ALEXANDER RODRIGUEZ-LINO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

CJB:kmm:San Diego
11/14/2007

1
<u>Count 2</u>

2    On or about October 8, 2007, within the Southern District of

3 California, defendant ALEXANDER RODRIGUEZ-LINO, being an alien,

4 unlawfully entered or attempted to enter the United States at a

5 time and place other than as designated by immigration officers,

6 and eluded examination and inspection by immigration officers, and

7 attempted to enter or obtained entry to the United States by a

8 willfully false or misleading representation or the willful

9 concealment of a material fact and previously committed the offense

10 of illegal entry, as alleged in Count 1; all in violation of

11 Title 8, United States Code, Section 1325, a felony.

12    DATED: 11/15/07                 .

13                              KAREN P. HEWITT
                              United States Attorney
14

15                              JcPu  fo

16                              CARLA J. BRESSLER
                              Assistant U.S. Attorney

17

18

19

20

21

22

23

24

25

26

27

28